IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:16-cv-1220 |
| v. | § § | JURY TRIAL DEMANDED |
| CONTIXO INC., PROEXPRESS DISTRIBUTOR LLC, MTM TRADING LLC, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE LIMITED, TCT MOBILE (US), INC. & VISUAL LAND INC. | § § § § § § § § § § | |
| *Defendants*. | § § | |

**NOTICE OF FILING MOTION FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF TEXAS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEDURES**

Pursuant to Rule 6.2(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Blue Spike, LLC ("Blue Spike") hereby files a copy of its Motion for Transfer of Actions to the Eastern District of Texas Pursuant to 26 U.S.C. § 1407 for Coordinated and/or Consolidated Pretrial Procedures. *See, IN RE Blue Spike, LLC Patent Litigation*, MDL Case No. 1:17-P-42.

Date: July 11, 2017

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

1

           Christopher A. Honea
             Texas Bar No. 24059967
             chonea@ghiplaw.com
           Kirk J. Anderson
             California Bar No. 289043
             kanderson@ghiplaw.com
**GARTEISER HONEA, P.C.**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

*Counsel for Blue Spike, LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this date stamped above.

    /s/ Randall Garteiser